IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CITY OF AUSTIN, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| GREG ABBOTT, *in his official capacity*; KEN PAXTON, *Texas Attorney General in his official capacity*; NEW CINGULAR WIRLESS PCS, LLC; T-MOBILE WEST LLC; CROWN CASTLE NG CENTRAL LLC; EXTENET SYSTEMS, INC.; and MOBILITIE LLC; | § § § § § § § § § | 1:17-CV-806-RP |
| Defendants. | § § | |

# FINAL JUDGMENT

On this date, the Court issued an order granting in part and denying in part Motions to Dismiss filed by Defendants, ExteNet Systems, Inc., Greg Abbott and Ken Paxton, Mobilitie LLC, and T-Mobile West LLC. (Mots. Dismiss, Dkts. 36, 37, 38, 39; Order, Dkt. 66). In the same order, the Court also granted motions to dismiss filed by Defendants New Cingular Wireless PCS, LLC, (Dkt. 35), and Crown Castle NG Central LLC, (Dkt. 42). (Order, Dkt. 66). The Court dismissed the City of Austin's claims with prejudice. (*Id.* at 14–15). As nothing remains to resolve, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS ORDERED** that the case is **CLOSED.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED.**

**IT IS FINALLY ORDERED** that each party bear its own costs.

**SIGNED** on March 25, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE